# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-1862
_____

William Adams

*Plaintiff - Appellant*

v.

City of Lincoln

*Defendant - Appellee*

Jeffrey Sorensen

*Defendant*

Joseph Villamonte; Daniel Dufek

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Lincoln

_____

Submitted: November 10, 2021
Filed: November 17, 2021
[Unpublished]

_____

Before COLLOTON, BENTON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

William Adams appeals the district court's[1] adverse grant of summary judgment in his action under 42 U.S.C. § 1983. We conclude that the order granting summary judgment to the City of Lincoln and its officers Joseph Villamont and Daniel Dufek was not final, as it did not dispose of the claims against Capital Towing, Inc. *See* 28 U.S.C. § 1291; *Thomas v. Basham*, 931 F.2d 521, 523 (8th Cir. 1991). Although the clerk entered default against Capital Towing under Federal Rule of Civil Procedure 55(a), the district court did not subsequently enter default judgment under Federal Rule of Civil Procedure 55(b) as required to render the judgment final. *See* Fed. R. Civ. P. 55(b); *Ackra Direct Mktg. Corp. v. Fingerhut Corp.*, 86 F.3d 852, 855 (8th Cir. 1996); *Berthelsen v. Kane*, 886 F.2d 330 (6th Cir. 1989).

Accordingly, the appeal is dismissed for lack of jurisdiction because it is premature.

_____

---

[1]The Honorable Robert F. Rossiter, Jr., United States District Judge for the District of Nebraska.